**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7655**

---

TIMOTHY D. CROCKETT,

Plaintiff - Appellant,

versus

LARRY POWERS, Director of the Spartanburg
County Detention Facility; KAREN FLOYD, Chair-
person of Spartanburg County Counsel; OFFICER
KLIMBREL, Guard Spartanburg County Jail,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., District
Judge.  (CA-99-528-9-17AK)

---

Submitted:  March 23, 2000          Decided:  March 30, 2000

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Timothy D. Crockett, Appellant Pro Se.  Charles Franklin Turner,
Jr., CLARKSON, WALSH, RHENEY & TURNER, Greenville, South Carolina,
for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timothy D. Crockett appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Crockett v. Powers</u>, No. CA-99-528-9-17AK (D.S.C. Nov. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>